District Judge Tana Lin
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASEL SALAMA HILS,<br><br>       Petitioner,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>       Respondents. | Case No. 2:25-cv-02336-TL-BAT<br><br>STIPULATED MOTION AND [PROPOSED] AMENDED BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>December 22, 2025 |

For good cause, Petitioner and Federal Respondents respectfully request that the current briefing schedule be amended. Dkt. No. 2, Order for Return and Status Report. The current briefing schedule requires the return to be filed on or before December 24, 2025. Recently, a General Order was issued announcing that the Court will be closed on December 24, 2025 as a holiday. Gen. Order 11-25. The parties have agreed to extend the return deadline to December 30, 2025 to account for the holiday. Petitioner will file a traverse by January 12, 2026. To expedite this matter, Federal Respondents agree to forgo a reply to the traverse.

STIPULATED MOTION AND AMENDED BRIEFING SCHEDULE
[Case No. 2:25-cv-02336-TL-BAT] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Accordingly, the parties request that the Court amend the current briefing schedule (Dkt. No. 2) to the following:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | December 30, 2025 |
| Petitioner's Traverse and Noting Date | January 12, 2026 |

DATED this 22nd day of December, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney<br><br>*s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | GONZALES, GONZALES & GONZALES<br><br>*s/ Jeffrey C. Gonzales*<br>JEFFREY C. GONZALES, WSBA #13864<br>1000 SW Broadway, Ste. 2300<br>Portland, Oregon 97205<br>Phone: (503) 274-1680<br>Email: jeff@jgonzaleslaw.com<br>*Attorneys for Petitioner* |

*I certify that this memorandum contains 140 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND AMENDED BRIEFING SCHEDULE
[Case No. 2:25-cv-02336-TL-BAT] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | December 30, 2025 |
| Petitioner's Traverse and Noting Date | January 12, 2026 |

DATED this __23rd__ day of __December__, 2025

BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION AND AMENDED BRIEFING SCHEDULE
[Case No. 2:25-cv-02336-TL-BAT] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800