UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASEL SALAMA HILS,<br><br>            Petitioner,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>            Respondent. | CASE NO. 2:25-cv-02336-TL-BAT<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING RELEASE** |

The Court having reviewed *de novo* the report and recommendation of the assigned United States Magistrate Judge, all responses and objections, and the entire record now finds and ORDERS:

1. The report and recommendation is adopted.

2. Respondents shall release Petitioner from immigration detention on appropriate conditions no later than 24 hours from the date of this order.

3. Respondents shall file with the Court a notice confirming Petitioner has been released from immigration detention within 48 hours of issuance this order.

4. Respondents shall provide Petitioner three working days (72 hours) notice and the opportunity to respond to any third country removal attempt by providing a reopened removal proceeding before an immigration judge.

ORDER GRANTING HABEAS PETITION
AND ORDERING RELEASE - 1

5. Petitioner's request the Court impose a blanket prohibition on Respondents from redetaining him unless he is first given notice and a hearing id DENIED. The denial of this request for relief does not preclude Petitioner, if redetained to challenge the grounds for such redetention or seek injunctive relief.

DATED this 30th day of January, 2026.

*[signature]*

TANA LIN
United States District Judge